JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATE,<br><br>    Plaintiff,<br><br>v.<br><br>LA PLAYITA AUTO SALES, INC., a California Corporation; and Does 1-10,<br><br>    Defendant, | Case: 2:14-CV-08454-JFW-VBK<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 23, 2015  _____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE